IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

FILED IN OPEN COURT
U.S.D.C. - Atlanta

MAY 0 8 2009

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

ORIGINAL

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | CRIMINAL INFORMATION |
| v. | : | |
| | : | NO. 1:09-CR-225 |
| SENG NG | : | |

THE UNITED STATES ATTORNEY CHARGES THAT:

COUNT ONE
(Entry of Goods by Means of False Statements)
18 U.S.C. § 542

Beginning in or about November 2005, until in or about August 2006, in the Northern District of Georgia and elsewhere, defendant SENG NG, did knowingly enter into the commerce of the United States wooden bedroom furniture from the Republic of China by means of false invoices and false statements regarding the true nature of such goods, in violation of Title 18, United States Code, Section 542.

FORFEITURE PROVISION

The Government re-alleges and incorporates by reference all of the allegations contained in Count One above as if the same were fully set forth herein.

1. Upon conviction of the offenses alleged in Count One of this Criminal Information, the defendant, SENG NG, shall forfeit to the United States pursuant to Title 18, Unites States Code, Section 982(a)(2)(B) any property constituting or derived from proceeds

obtained directly or indirectly as a result of said violations.

2. If, as a result of any act or omission of a defendant, any property subject to forfeiture:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third person;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty;

the United States intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

DAVID E. NAHMIAS
UNITED STATES ATTORNEY

DAVID E. McCLERNAN
ASSISTANT UNITED STATES ATTORNEY

Georgia Bar No. 483555

600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, Georgia 30303
(404) 581-6000
(404) 581-6181 (facsimile)

2